617 A.2d 1216

IN RE OPINION 662 OF THE ADVISORY COMMITTEE
ON PROFESSIONAL ETHICS.

November 19, 1992.

## ORDER

Petition by Donald S. Driggers for review of the Advisory Committee on Professional Ethics Opinion Number 662, entitled *CONFLICT OF INTEREST: MUNICIPAL ATTORNEY SERVING SAME MUNICIPALITY AS MUNICIPAL PROSECUTOR,* is granted.

617 A.2d 1217

IN RE OPINION 662 OF THE ADVISORY COMMITTEE
ON PROFESSIONAL ETHICS.

November 19, 1992.

## ORDER

Petition by Stuart D. Boyd for review of the Advisory Committee on Professional Ethics Opinion Number 662, entitled *CONFLICT OF INTEREST: MUNICIPAL ATTORNEY SERVING SAME MUNICIPALITY AS MUNICIPAL PROSECUTOR,* is granted.